# EXHIBIT "A"

## **CONSENT TO BECOME A PARTY PLAINTIFF**

Fair Labor Standards Act, 29 U.S.C. § 216(b)

I hereby consent to become a party plaintiff in the forgoing action.


Date: 6 - 16 - 21

James Massie