## CONSENT TO JOIN

*Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)*

**I CONSENT TO JOIN THIS LAWSUIT** as a Party Plaintiff seeking unpaid wages and/or overtime against Defendants, Postal Fleet Services, Inc., The Stageline Company, Vilano Employment Services, Inc., and/or any other associated entities ("Defendants"). If this case does not proceed collectively, I also consent to join any subsequent action against any Defendant(s) for unpaid wages and/or overtime. By joining this lawsuit, I designate the Named Plaintiff(s) as my representatives, and allow them, to the fullest extent possible, to make decisions on my behalf concerning the case, the method and manner of conducting the case, including settlement, the entering of an agreement with Plaintiffs' Counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit to the fullest extent permitted by law. I understand that I will be bound by any ruling, settlement, or judgment whether favorable or unfavorable. For purposes of this lawsuit, I choose to be represented by Weisberg Cummings, P.C. and any other attorneys with whom they may associate.

Date: 7/23/2021

Signature: *Matt Sheen*

Full Legal Name (Print): *Matthew Jalon Sheen*

## CONSENT TO JOIN

*Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)*

**I CONSENT TO JOIN THIS LAWSUIT** as a Party Plaintiff seeking unpaid wages and/or overtime against Defendants, Postal Fleet Services, Inc., The Stageline Company, Vilano Employment Services, Inc., and/or any other associated entities ("Defendants"). If this case does not proceed collectively, I also consent to join any subsequent action against any Defendant(s) for unpaid wages and/or overtime. By joining this lawsuit, I designate the Named Plaintiff(s) as my representatives, and allow them, to the fullest extent possible, to make decisions on my behalf concerning the case, the method and manner of conducting the case, including settlement, the entering of an agreement with Plaintiffs' Counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit to the fullest extent permitted by law. I understand that I will be bound by any ruling, settlement, or judgment whether favorable or unfavorable. For purposes of this lawsuit, I choose to be represented by Weisberg Cummings, P.C. and any other attorneys with whom they may associate.

Date: 8-27-21

Signature: *Beth A L Hammingg*

Full Legal Name (Print): Beth Ann-Louise Hammingg

## CONSENT TO JOIN

*Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)*

**I CONSENT TO JOIN THIS LAWSUIT** as a Party Plaintiff seeking unpaid wages and/or overtime against Defendants, Postal Fleet Services, Inc., The Stageline Company, Vilano Employment Services, Inc., and/or any other associated entities ("Defendants"). If this case does not proceed collectively, I also consent to join any subsequent action against any Defendant(s) for unpaid wages and/or overtime. By joining this lawsuit, I designate the Named Plaintiff(s) as my representatives, and allow them, to the fullest extent possible, to make decisions on my behalf concerning the case, the method and manner of conducting the case, including settlement, the entering of an agreement with Plaintiffs' Counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit to the fullest extent permitted by law. I understand that I will be bound by any ruling, settlement, or judgment whether favorable or unfavorable. For purposes of this lawsuit, I choose to be represented by Weisberg Cummings, P.C. and any other attorneys with whom they may associate.

Date: Jun 01-21

Signature: /s/ Gregory Johnson

Full Legal Name (Print): Gregory Johnson